UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Allen Olivarez, Jr.,<br>§§§§§§§§ *Plaintiff*,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner<br>of the Social Security Administration,<br>§§§§§§§§ *Defendant*. | Case No. 1:23-CV-01448-ADA |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell. Dkt. 16. Judge Howell issued the report and recommendation on January 29, 2025, *id.* at 14, and Plaintiff filed an objection to the report and recommendation on February 12, 2025, Dkt. 18.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C).

Because Plaintiff timely objected to the report and recommendation, Dkt. 18, the Court has reviewed the report and recommendation *de novo*. Having done so, the Court finds that Plaintiffs' objections should be overruled and that the report and recommendation should be adopted.

It is therefore **ORDERED** that the report and recommendation of Judge Howell (Dkt. 16) is **ADOPTED**. It is further **ORDERED** that the decision of the Social Security Commissioner is **AFFIRMED**.

**SIGNED** on March 12, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE